UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07-007M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| SUNG HONG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:     Extortion, Wire Fraud

<u>Date of Detention Hearing</u>:   January 9, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.      Defendant is charged by Complaint with extorting funds from an alleged victim, allegedly promising to set up a trading account to trade a variety of futures and stocks based on

DETENTION ORDER                                                                 15.13
18 U.S.C. § 3142(i)                                                           Rev. 1/91
PAGE 1

01 a relationship with the finance minister of South Korea, and later allegedly claiming that the funds
02 were tied up with a powerful international crime syndicate. The defendant allegedly represented
03 that additional funds were necessary to avoid the torture and murder of the defendant's family and
04 that of the alleged victim. At the detention hearing, the alleged victim proffered statements by the
05 defendant that he would flee to South Korea if charges were filed against him.

06       2.    The defendant has no visible means of support and essentially no employment
07 history, despite the maintenance of a rather lavish lifestyle.

08       3.    The defendant is a United States citizen. His wife is a Korean citizen and her
09 immediate family resides in Korea. She reports daily contact with her family.

10       4.    Pretrial Services recommends release on the passive Global Positioning Satellite
11 Program. However, this program would, at the most, show defendant's whereabouts in
12 retrospect, rather than contemporaneously. No program is currently available which would
13 provide this information on a contemporaneous basis.

14       5.    Defendant poses a risk of nonappearance due to strong ties to Korea, lack of
15 employment or visible means of support, and alleged threats to leave the country. He poses a risk
16 of danger due to the nature of the instant offense and alleged threats.

17       6.    There does not appear to be any condition or combination of conditions that will
18 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
19 to other persons or the community.

20 It is therefore ORDERED:

21       (1)   Defendant shall be detained pending trial and committed to the custody of the
22             Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of January, 2007.

                      Mary Alice Theiler
                      United States Magistrate Judge

DETENTION ORDER            15.13
18 U.S.C. § 3142(i)            Rev. 1/91
PAGE 3